IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jerome C. Newkirk, Sr., | ) | C/A No.: 2:13-cv-01634-RMG-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RESPONSE TO PLAINTIFF'S MOTION IN LIMINE** |
| v. | ) | **TO EXCLUDE EXPERT TESTIMONY** |
| | ) | |
| James B. Enzor, individually and as an officer of the South Carolina Highway Patrol, and the South Carolina Department of Public Safety, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| Catherine B. Newkirk, | ) | C/A No.: 2:13-cv-01635-RMG-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RESPONSE TO PLAINTIFF'S MOTION IN LIMINE** |
| v. | ) | **TO EXCLUDE EXPERT TESTIMONY** |
| | ) | |
| James B. Enzor, individually and as an officer of the South Carolina Highway Patrol, and the South Carolina Department of Public Safety, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

NOW COME the South Carolina Highway Patrol and the South Carolina Department of Public Safety (hereinafter jointly referred to as "SCDPS"), by and through counsel, and files this Response to Plaintiff's Motion to Exclude (Dkt. Nos. 124 and 117) the testimony of Brian S. Batterton as an expert witness for SCDPS in the above-referenced matter, as follows:

Respectfully, the above-identified Brian S. Batterton is not SCDPS' witness, but was identified as a witness by counsel for Defendant James B. Enzor.

1

Dated this the 20th day of February, 2017.

Respectfully submitted,

                                              RICHARDSON PLOWDEN & ROBINSON, P.A.

                                              s/Eugene H. Matthews
Eugene H. Matthews, ID # 7141
C. Cliff Rollins, ID # 9609
Post Office Drawer 7788
Columbia, South Carolina 29202
T: (803) 771-4400
F: (803) 779-0016
Email: gmatthews@RichardsonPlowden.com
Email: crollins@RichardsonPlowden.com

**COUNSEL FOR DEFENDANT SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**

2