# EXHIBIT A

(Email thread C. Kenney to C. Rollins)

# Chris Kenney

| | |
|---|---|
| **From:** | Chris Kenney |
| **Sent:** | Wednesday, February 22, 2017 10:19 AM |
| **To:** | 'Cliff Rollins'; Melissa Manning |
| **Cc:** | Gene Matthews; Dick Harpootlian |
| **Subject:** | RE: Newkirk Rule 26(a)(1) disclosures |

That's fine. We will be filing a motion to have your motion struck. Thank you. -cpk

Christopher P. Kenney
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, South Carolina 29202
(803) 252-4848
(803) 252-4810 (facsimile)

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by an attorney. It may contain information that is confidential, privileged, proprietary or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy, or disseminate this message, or any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed in this communication or attachment.

**From:** Cliff Rollins [mailto:CRollins@RichardsonPlowden.com]
**Sent:** Wednesday, February 22, 2017 10:07 AM
**To:** Chris Kenney <cpk@harpootlianlaw.com>; Melissa Manning <MManning@RichardsonPlowden.com>
**Cc:** Gene Matthews <GMatthews@RichardsonPlowden.com>; Dick Harpootlian <rah@harpootlianlaw.com>
**Subject:** RE: Newkirk Rule 26(a)(1) disclosures

Federal Rule 26(a)(1)(E) provides that "[a] party is not excused from making its disclosures because it has not fully investigated the case or because it challenges the sufficiency of another party's disclosures or because another party has not made its disclosures." If it is your position that the failure to provide a damages computation as referenced in our motion were waived by SCDPS, I think it is your burden to show that.

Even if we had waived the initial by-rule disclosures, the first Interrogatories we did send specifically asked for damages calculations, broken down by category of damages as to each cause of action. Plaintiffs' response was an indication that you would provide this information via supplemental discovery responses. You never did. We will not withdraw the motion.

Cliff

| HOME | VCARD | BIO | LOCATION |
|---|---|---|---|

1



**C. Cliff Rollins**
Attorney at Law
CRollins@RichardsonPlowden.com

**Richardson, Plowden & Robinson, P.A.**
1900 Barnwell Street
P.O. Box 7788
Columbia, SC 29202
Tel: 803.576.3712 Fax: 803.779.0016
www.RichardsonPlowden.com

The information contained in this e-mail message may be attorney-client privileged, attorney work product, or strictly confidential information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at (803) 771-4400 and permanently delete this e-mail.

---

**From:** Chris Kenney [mailto:cpk@harpootlianlaw.com]
**Sent:** Wednesday, February 22, 2017 9:46 AM
**To:** Cliff Rollins; Melissa Manning
**Cc:** Gene Matthews
**Subject:** RE: Newkirk Rule 26(a)(1) disclosures

If your position is they were not waived, can you send me a copy of your client's Rule 26(a)(1) disclosures and a service letter indicating when those were served? We do not have a copy in our file or former counsel's file.

Christopher P. Kenney
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, South Carolina 29202
(803) 252-4848
(803) 252-4810 (facsimile)

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by an attorney. It may contain information that is confidential, privileged, proprietary or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy, or disseminate this message, or any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed in this communication or attachment.

**From:** Cliff Rollins [mailto:CRollins@RichardsonPlowden.com]
**Sent:** Wednesday, February 22, 2017 9:33 AM
**To:** Chris Kenney <cpk@harpootlianlaw.com>; Melissa Manning <MManning@RichardsonPlowden.com>
**Cc:** Gene Matthews <GMatthews@RichardsonPlowden.com>
**Subject:** RE: Newkirk Rule 26(a)(1) disclosures

Chris, I don't believe there was any such waiver on our part. We have reviewed our files and don't see one. If you have documentation of a waiver we will be happy to review it.
Cliff

---

**From:** Chris Kenney [mailto:cpk@harpootlianlaw.com]
**Sent:** Wednesday, February 22, 2017 9:19 AM
**To:** Melissa Manning
**Cc:** Cliff Rollins; Gene Matthews
**Subject:** RE: Newkirk Rule 26(a)(1) disclosures

Cliff and Gene,
These are *not* what is referred to in your client's motion. The documents you attached are local rule interrogatories that do not require any damages disclosure. The predicate for your client's motion is a purported failure to disclose in Rule 26(a)(1) disclosures. Please send me the documents you relied on in filing that motion.
If you do not have Rule 26(a)(1) disclosures from our clients—they are routinely waived and we do not have a copy in our file or former counsel's file—please confirm that you will be withdrawing your client's motion.
Thank you,
Chris

Christopher P. Kenney
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, South Carolina 29202
(803) 252-4848
(803) 252-4810 (facsimile)

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by an attorney. It may contain information that is confidential, privileged, proprietary or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy, or disseminate this message, or any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed in this communication or attachment.

**From:** Melissa Manning [mailto:MManning@RichardsonPlowden.com]
**Sent:** Wednesday, February 22, 2017 9:13 AM
**To:** Chris Kenney <cpk@harpootlianlaw.com>
**Cc:** Cliff Rollins <CRollins@RichardsonPlowden.com>; Gene Matthews <GMatthews@RichardsonPlowden.com>
**Subject:** RE: Newkirk Rule 26(a)(1) disclosures

Chris,
I think the two attached documents are what you are referring to. On page 3, the motion references that injuries were mentioned in the Complaint, Initial 26(a) Disclosures, and Initial Answers to Interrogatories. The motion is referring to the 26.03 Disclosures.
If that isn't what you are looking for, please let me know.
Thanks,

Melissa



| HOME | VCARD | LOCATION |

**Melissa Manning**
Attorney at Law
MManning@RichardsonPlowden.com

**Richardson Plowden & Robinson, P.A.**
1900 Barnwell Street
Columbia, SC 29201
Tel: 803.576.3718
Fax: 803.779.0016
www.RichardsonPlowden.com

---

**From:** Cliff Rollins
**Sent:** Wednesday, February 22, 2017 8:35 AM
**To:** Melissa Manning
**Subject:** FW: Newkirk Rule 26(a)(1) disclosures

Melissa, see below. Since you prepared the motion, will you please pull the Rule 26 responses referenced on p.3 of the motion and send them to Chris Kenney?
Cliff

---

**From:** Cliff Rollins
**Sent:** Wednesday, February 22, 2017 8:34 AM
**To:** 'Chris Kenney'
**Subject:** RE: Newkirk Rule 26(a)(1) disclosures

OK. Melissa should be in shortly, I'll ask her to pull a copy and send to you.
Cliff

---

**From:** Chris Kenney [mailto:cpk@harpootlianlaw.com]
**Sent:** Wednesday, February 22, 2017 8:27 AM
**To:** Cliff Rollins
**Subject:** RE: Newkirk Rule 26(a)(1) disclosures

Correct, our disclosures. We don't have a copy – our office and McCulloch's office weren't in the case yet and they are not in former counsel's file.

Christopher P. Kenney
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, South Carolina 29202
(803) 252-4848
(803) 252-4810 (facsimile)

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by an attorney. It may contain information that is confidential, privileged, proprietary or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy, or disseminate this message, or any part of it, or any attachments. If you have received this message in error, please delete this message and any

attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed in this communication or attachment.

**From:** Cliff Rollins [mailto:CRollins@RichardsonPlowden.com]
**Sent:** Wednesday, February 22, 2017 7:47 AM
**To:** Chris Kenney <cpk@harpootlianlaw.com>
**Subject:** RE: Newkirk Rule 26(a)(1) disclosures

Are you referring to your own initial disclosures referred to in the last paragraph of p.3 of our motion, or something else?

**From:** Chris Kenney [mailto:cpk@harpootlianlaw.com]
**Sent:** Tuesday, February 21, 2017 5:15 PM
**To:** Gene Matthews; Cliff Rollins
**Cc:** 'joe@mccullochlaw.com'
**Subject:** Newkirk Rule 26(a)(1) disclosures

Gene and Cliff,
Do you have a copy of the 26(a)(1) disclosures referred to in your motion? Can you email me a copy?
Thanks,
Chris

Christopher P. Kenney
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, South Carolina 29202
(803) 252-4848
(803) 252-4810 (facsimile)

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by an attorney. It may contain information that is confidential, privileged, proprietary or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy, or disseminate this message, or any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed in this communication or attachment.