IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Catherine B. Newkirk, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:13-1635-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| James B. Enzor, | ) | |
| | ) | **VERDICT FORM** |
| Defendant. | ) | |
| | ) | |

We, the jury, unanimously find as follows:

1. In regard to the claim of Catherine Newkirk against James B. Enzor for alleged false arrest on October 14, 2012, we find for:

    **✓** Plaintiff Catherine B. Newkirk

    _____ Defendant James B. Enzor

*Proceed to Question No. 2.*

2. In regard to the claim of Catherine Newkirk against James B. Enzor for the alleged use of excessive force on October 14, 2012, we find for:

    _____ Plaintiff Catherine B. Newkirk

    **✓** Defendant James B. Enzor

*If you found for Plaintiff Catherine B. Newkirk in Questions 1 and/or 2, proceed to Question 3. If you found for Defendant James B. Enzor in both Questions 1 and 2, you have completed your deliberations regarding the claims of Catherine B. Newkirk, and your Foreperson should sign and date the Verdict Form.*

3.  In regard to the claim(s) in which we found for Plaintiff Catherine B. Newkirk against Defendant James B. Enzor, we award actual or nominal damages to Catherine B. Newkirk in the amount of $ 1,000,000.
    One million dollars 0/100

*Proceed to Question No. 4.*

4.  In regard to Plaintiff Catherine B. Newkirk's request for punitive damages against Defendant James B. Enzor, we find for:

    \_\_\_\_ Plaintiff Catherine B. Newkirk and award punitive damages against Defendant James B. Enzor in the amount of $ _____.

    √ Defendant James B. Enzor

*Your deliberations are completed regarding the claims of Catherine B. Newkirk. Your Foreperson should sign and date the Verdict Form.*



Jury Foreperson

March 15, 2017