AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Catherine B. Newkirk )<br>*Plaintiff,,* )<br>v. )<br>James B. Enzor )<br>*Defendant,* ) | Civil Action No.  2:13-CV-01635-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, <u>Catherine B. Newkirk,</u> recover from the defendant, <u>James B. Enzor,</u> the amount of <u>One Million and 00/100 dollars ($1,000.000.00)</u> actual damages, plus post judgment interest at the statutory.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❐ other:

This action was *(check one)*:

■ tried by a jury, the Honorable <u>Richard M. Gergel</u> presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

❐ decided by Judge

Date:  March 16, 2017

*CLERK OF COURT*

s/ E. Ravenel-Bright, Deputy Clerk

_____
*Signature of Clerk or Deputy Clerk*