# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION
C/A No.:  2:13-cv-1635-RMG-KDW

| | | |
|---|---|---|
| Catherine B. Newkirk, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SATISFACTION OF JUDGMENT** |
| | ) | **AND STIPULATION OF DISMISSAL** |
| James B. Enzor, individually and as an | ) | |
| Officer of the South Carolina Highway | ) | |
| Patrol, and the South Carolina Department | ) | |
| of Public Safety, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1), (ii) F.R.C.P., the parties hereby stipulate that the Judgment filed by the court (ECF #171) in connection with this lawsuit has been satisfied consistent with Rule 60(b)(5) F.R.C.P. and this lawsuit is hereby dismissed with prejudice, and all claims asserted or which could have been asserted in this matter are hereby dismissed with prejudice.

WE SO STIPULATE:

RICHARD A. HARPOOTLIAN, P.A.

S/Christoper P. Kenney
Christopher P. Kenney (Fed. ID No. 11314)
Richard A. Harpootlian (Fed. ID No. 1730)
1410 Laurel Street
P.O. Box 1090
Columbia, SC 29202

Joseph M. McCulloch, Jr. (Fed. ID No. 2785)
MCCULLOCH & SCHILLACI
ATTORNEYS AT LAW
1513 Hampton Street
Post Office Box 11623
Columbia, SC 29211
**ATTORNEYS FOR THE PLAINTIFFS**
April 18, 2017

AIKEN, BRIDGES, ELLIOTT, TYLER & SALEEBY, P.A.

S/Samuel F. Arthur, III
Samuel F. Arthur, III (Fed. ID No. 7070)
181 East Evans Street, Suite 409
P.O. Drawer 1931
Florence, SC 29503

**ATTORNEYS FOR DEFENDANT**
**JAMES B. ENZOR**